UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:19-cv-10839-MWF-MAA**                                  Date: **April 13, 2022**

Title   *Martin v. Pfeiffer*

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff/Petitioner:       Attorneys Present for Defendants/Respondent:
N/A                                                                                   N/A

**Proceedings (In Chambers):       Order to Show Cause Re: Dismissal for Lack of Prosecution**

On January 12, 2022, the Court issued an order staying and holding this matter in abeyance while Petitioner returns to state court to exhaust his unexhausted claims ("Stay Order"). (ECF No. 99.) The Stay Order required Petitioner to submit status reports every sixty days, as needed, to apprise the Court of his efforts to exhaust. (*Id.* at 3.) Petitioner's first status report was due March 14, 2022. No status report has been filed. Petitioner is ordered to show cause, in writing, **no later than May 13, 2022**, why this action should not be dismissed for lack of prosecution.

If Petitioner files either of the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☐ Amended complaint/petition
- ☒ Status report
- ☐ Written response to the Court's attached order (order attached)
- ☒ Notice of voluntary dismissal (form attached)

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Form Notice of Dismissal