UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:19-cv-10839-MWF-MAA**                          Date: **June 28, 2022**

Title       ***Martin v. Pfeiffer***

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Narissa Estrada  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff/Petitioner:        Attorneys Present for Defendants/Respondent:
N/A                                                 N/A

**Proceedings (In Chambers):    Order to Show Cause Re: Dismissal for Lack of Prosecution**

    On January 12, 2022, the Court issued an order staying and holding this matter in abeyance while Petitioner returns to state court to exhaust his unexhausted claims ("Stay Order").  (ECF No. 99.)  The Stay Order required Petitioner to submit status reports every sixty days to apprise the Court of his efforts to exhaust.  (*Id.* at 3.)  Petitioner's first status report was due March 14, 2022.

    On April 13, 2022, after Petitioner failed to file the required status report, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute ("April 13 OSC").  (ECF No. 104.)  Petitioner's response to the April 13 OSC was due no later than May 13, 2022.  (*Id.*)  To date, Petitioner has not filed a status report or otherwise responded to the April 13 OSC.

    Out of consideration for Petitioner's pro se status, the Court will afford Petitioner an additional opportunity to respond before dismissing the action.  Petitioner is ordered to show cause, in writing, **no later than July 28, 2022**, why this action should not be dismissed for lack of prosecution.

    If Petitioner files either of the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☐ Amended complaint/petition
- ☒ Status report
- ☐ Written response to the Court's attached order (order attached)
- ☒ Notice of voluntary dismissal (form attached)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:19-cv-10839-MWF-MAA**                                                                 Date: **June 28, 2022**

Title         _**Martin v. Pfeiffer**_

     Additionally, according to the California Department of Corrections and Rehabilitation's Public Inmate Locator System, it appears that Petitioner no longer is confined at Kern Valley State Prison.  *See* Cal. Dep't of Corr. & Rehab., Public Inmate Locator System, https://inmatelocator.cdcr.ca.gov/ (last visited June 27, 2022).  Petitioner is required to file a timely notice of change of address in the event that he is transferred or released.  *See* C.D. Cal. L.R. 41-6.  However, Petitioner has not filed the required notice of change of address in this case.  Thus, it is further **ORDERED** that in the event Petitioner has been transferred or released, Petitioner must file a notice of change of address **no later than July 28, 2022**.

     **Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* **C.D. Cal. L.R. 41-1.**

     It is so ordered.

Attachment
Form Notice of Dismissal